JANUARY 26, 1976

No. 75–716. CARTWRIGHT VAN LINES, INC. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. W. D. Mo.

No. 75–5863. FEREBEE *v.* VIRGINIA. Appeal from Cir. Ct., City of Portsmouth. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–827. SNOW ET AL. *v.* CITY OF MEMPHIS ET AL. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question. 

No. 75–525. PIRILLO ET AL. *v.* TAKIFF, JUDGE, ET AL. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 